## BROWN v. ROBINSON

[345 N.C. 175 (1996)]

WALTER DOLPHUS BROWN AND WIFE, ELAINE H. BROWN; (93 CVS 144) PLAINTIFFS V. SHAWN NATHAN ROBINSON AND NATHAN ROBINSON, DEFENDANTS

WALTER DAVID BROWN, MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, ELAINE H. BROWN, ELAINE H. BROWN AND WALTER DOLPHUS BROWN, INDIVIDUALLY; (93 CVS 145) PLAINTIFFS V. SHAWN NATHAN ROBINSON AND NATHAN ROBINSON, DEFENDANTS

JONATHAN FISHER BROWN, MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, ELAINE H. BROWN, ELAINE H. BROWN AND WALTER DOLPHUS BROWN, INDIVIDUALLY; (93 CVS 146) PLAINTIFFS V. SHAWN NATHAN ROBINSON AND NATHAN ROBINSON, DEFENDANTS

HANNAH HEATHER WOODY, MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, PHILLIP H. WOODY, AND PHILLIP H. WOODY AND GAYLE B. WOODY, INDIVIDUALLY; (93 CVS 147) PLAINTIFFS V. SHAWN NATHAN ROBINSON AND NATHAN ROBINSON, DEFENDANTS

CHRISTOPHER C. TSAVATEWA, MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, BRENDA L. TSAVATEWA, AND BRENDA L. TSAVATEWA, INDIVIDUALLY; (93 CVS 148) PLAINTIFFS V. SHAWN NATHAN ROBINSON AND NATHAN ROBINSON, DEFENDANTS

KRESHANA LYNETTE SCHAFER, MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, ANNA IRENE FORREST AND ANNA IRENE FORREST, INDIVIDUALLY; (93 CVS 149) PLAINTIFFS V. SHAWN NATHAN ROBINSON AND NATHAN ROBINSON, DEFENDANTS

No. 311A96

(Filed 6 December 1996)

Appeal by defendants pursuant to N.C.G.S. § 7A-30(2) from an unpublished decision of a divided panel of the Court of Appeals, 123 N.C. App. 159, 472 S.E.2d 610 (1996), reversing an order for summary judgment for the defendants entered by Hyatt, J., on 12 January 1995 in Superior Court, Jackson County. Heard in the Supreme Court 13 November 1996.

*Richard B. Harper, and Bryce Thomas & Associates, by Bryce O. Thomas, Jr., for plaintiffs-appellees.*

*Morris, York, Williams, Surles & Brearley, by Gregory C. York, for defendants-appellants.*

PROFESSIONAL LIABILITY CONSULTANTS, INC. v. TODD

[345 N.C. 176 (1996)]

PER CURIAM.

Reversed for the reasons stated in the dissenting opinion of Judge Wynn. Remanded to the Court of Appeals for further remand to Superior Court, Jackson County, for reinstatement of the order of summary judgment.

REVERSED AND REMANDED.